IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| PATRICK JAMES, SR.,<br><br>    Plaintiff,<br><br>v.<br><br>THE CITY OF CEDAR RAPIDS, IOWA; GRANT RASMUSSEN, individually and as a Police Officer for the City of Cedar Rapids, Iowa; and BRUCE PAYNE, individually and as a Police Officer for the City of Cedar Rapids, Iowa;<br><br>    Defendants. | Case No. 1:15-cv-00062<br><br>**COMPLAINT AND JURY DEMAND** |

**COMES NOW** the Plaintiff Patrick James, Sr., individually, and for his Complaint and Jury Demand against Defendants the City of Cedar Rapids, Iowa, Grant Rasmussen and Bruce Payne, states to the Court as follows:

## INTRODUCTION

1. This is an action brought to redress the deprivation – under color of policy, regulation, official decision, custom, or usage – of rights secured to Plaintiff by 42 U.S.C. §1983 arising under the Fourth Amendments, incorporated to the states through the Fourteenth Amendment to the United States Constitution, and the Constitution of the State of Iowa, Article I, Sections 7 and 8.

## JURISDICTION

2. The civil action brought individually to redress the deprivation - under color of policy, regulation, official decision, custom, or usage - of a right secured to the Plaintiff by 42 U.S.C. §1983 arising under the Fourth Amendment, incorporated to the states through the

Fourteenth Amendment, to the United States Constitution; and pursuant to Article I, Sections 7 and 8 of the Iowa Constitution.

3. Jurisdiction is conferred to this Court through 28 U.S.C. §§1331 and 1343.

4. All the unlawful acts alleged herein occurred at Plaintiff's residence in Cedar Rapids, Linn County, Iowa.

5. Venue is appropriate in this district under 28 U.S.C. § 1391(b).

## PARTIES

6. Plaintiff Patrick James, Sr., hereinafter referred to as "James," or "Plaintiff," is now and was, at all times relevant hereto, a citizen and resident of Cedar Rapids, Linn County, Iowa.

7. Plaintiff brings this action individually.

8. Defendant Cedar Rapids, Iowa, is a governmental subdivision of the State of Iowa and operates a police force, employing Defendant Rasmussen, Defendant Payne who wrongfully arrested James using excessive force.

9. Defendant Grant Rasmussen (hereinafter referred to as "Rasmussen") at all times material hereto was an employee of the City of Cedar Rapids Police Department and was involved in wrongfully arresting James using excessive force.

10. Defendant Bruce Payne (hereinafter referred to as "Payne") at all times material hereto was an employee of the City of Cedar Rapids Police Department and was involved in wrongfully arresting James using excessive force.

## FACTUAL BACKGROUND

11. On January 29, 2014, Defendants Rasmussen and Payne went to Plaintiff's residence to arrest Plaintiff's son, Patrick James, Jr. who was known to be twenty years old.

12. Plaintiff was upstairs and his daughter answered the door for Defendants Rasmussen and Payne.

13. Defendants Rasmussen and Payne asked for "Patrick James," so Plaintiff's daughter called for Plaintiff to come downstairs.

14. At this point, Defendants Rasmussen and Payne came inside Plaintiff's residence and asked him if he was "Patrick James," to which Plaintiff replied "yes."

15. Defendants Rasmussen and Payne then informed Plaintiff that he was under arrest and forcefully grabbed Plaintiff's arms and placed handcuffs on him.

16. While his arm was being twisted, Plaintiff asked Defendants Rasmussen and Payne to clarify who they were there to arrest.

17. Defendants Rasmussen and Payne then told Plaintiff they were there to arrest Patrick James, Jr. who had brown eyes and was 20 years old.

18. Plaintiff, who is 45 years old with grey hair, then replied "Do I look 20 years old?" to which Defendants answered "I don't know."

19. Plaintiff then called for his son, Patrick James, Jr., who was upstairs to come downstairs.

20. When Patrick James, Jr. came downstairs, Defendants Rasmussen and Payne released Plaintiff from custody and arrested James, Jr. and took him away.

21. Plaintiff filed a Personnel Complaint Report detailing the incident of January 29, 2014, with the Cedar Rapids Police Department and has received no response.

22. Plaintiff was traumatized by the unlawful arrest, and suffered physical injuries due to the excessive forced used: Plaintiff's rotator cuff was torn and required treatment and surgery.

23. The City of Cedar Rapids failed to properly train and/or supervise Rasmussen and Payne; and/or failed to ensure that Rasmussen and Payne acted in compliance with police department policy; and/or had knowledge, actual or constructive, that Rasmussen and Payne had a propensity to wrongfully arrest people and use excessive force in effectuating arrests.

24. The Defendants have a pattern or practice of wrongfully arresting people and using excessive force in making arrests of criminal suspects.

25. The City of Cedar Rapids is liable for the wrongful and unconstitutional conduct of Rasmussen and Payne in wrongfully arresting Plaintiff and using excessive force in arresting Plaintiff because such conduct was in accord with the policy, pattern, or practice of the Cedar Rapids Police Department; and/or due to a lack of proper training and supervision by the Cedar Rapids Police Department; and/or because of the actual or constructive knowledge of similar prior unconstitutional acts by Rasmussen and Payne.

26. The actions of Rasmussen and Payne, in violation of Plaintiff's constitutional rights, constitute a willful and wanton disregard for the rights or safety of Plaintiff and caused actual damage to Plaintiff subjecting Rasmussen and Payne to punitive damages.

27. Rasmussen and Payne are responsible for their unconstitutional and intentional and/or reckless conduct.

28. At all times material hereto the Defendants were acting under color of state law.

# COUNT I

## USE OF EXCESSIVE FORCE IN VIOLATION OF THE FOURTH AMENDMENT TO THE UNITED STATES CONSTITUTION and ARTICLE I, SECTION 8 OF THE IOWA CONSTITUTION AGAINST ALL DEFENDANTS

29. Plaintiff incorporates paragraphs 1 through 28 above as though fully set forth herein.

30. The Defendants' use of excessive force in their wrongful arrest of Plaintiff was in violation of both the Constitutions of the United States, Fourth Amendment, and the State of Iowa, Article 1, Section 8. Defendants Rasmussen and Payne grabbed and twisted Plaintiff's arm in an unreasonable and unnecessary manner, causing him physical and emotional injury.

31. The Defendants, acting under the color of state law, violated the right of Plaintiff to be free from the use of excessive force in being placed under arrest, as guaranteed by the Fourth and Fourteenth Amendments to the United States Constitution, as enforced through 42 U.S.C. § 1983, and Article I, Section Eight, of the Iowa Constitution.

32. The Defendants proximately caused damages including a torn rotator cuff requiring surgery; and emotional pain and trauma, past and future to Plaintiff by the use of excessive force in effectuating his wrongful arrest in violation of his rights guaranteed by the Fourth and Fourteenth Amendments to the United States Constitution and Article I, Section Eight, of the Iowa Constitution.

**WHEREFORE,** the Plaintiff Patrick James, Sr. prays for judgment against the Defendants, the City of Cedar Rapids; Grant Rasmussen, individually and as a Police Officer for the City of Cedar Rapids; and Bruce Payne, individually and as a Police Officer for the City of Cedar Rapids, in an amount which will fully and fairly compensates him for his injuries and damages; for attorneys' fees; for interest and costs as allowed by law; for punitive damages

against Defendants Rasmussen and Payne and for such other and further relief as may be just in the premises.

## COUNT II – ARREST WITHOUT PROBABLE CAUSE

33. Plaintiffs replead and reallege paragraphs 1 through 32 as if fully set forth herein.

34. No criminal charges were ever filed against Plaintiff.

35. Defendants acted unreasonably in mistaking Plaintiff, a 45 year old grey-haired man, for a twenty year old.

36. The Defendants, acting under the color of state law, violated the right of Plaintiff to be free from unreasonable seizure and imprisonment as guaranteed by the Fourth Amendment to the United States Constitution and Article I, Section Eight, of the Iowa Constitution, as enforced through 42 U.S.C. § 1983.

37. The Defendants proximately caused damages to Plaintiff by unlawfully and without a proper basis to do so, placing him in custody and detaining him in violation of his rights guaranteed by the Fourth Amendment to the United States Constitution and Article I, Section Eight, of the Iowa Constitution, as enforced through 42 U.S.C. § 1983.

**WHEREFORE,** the Plaintiff Patrick James, Sr. prays for judgment against the Defendants, the City of Cedar Rapids; Grant Rasmussen, individually and as a Police Officer for the City of Cedar Rapids; and Bruce Payne, individually and as a Police Officer for the City of Cedar Rapids, in an amount which will fully and fairly compensates him for his injuries and damages; for attorneys' fees; for interest and costs as allowed by law; for punitive damages against Defendants Rasmussen and Payne, and for such other and further relief as may be just in the premises.

## JURY DEMAND

The Plaintiff, Patrick James, Sr., respectfully requests a trial by jury on all legal claims raised by his Complaint.

**DAVE O'BRIEN LAW**
1500 Center St NE
Cedar Rapids, Iowa 52402
Telephone: (319) 861-3001
Facsimile: (319) 861-3007
E-mail: dave@daveobrienlaw.com

By:   /s/ *David A. O'Brien*
      DAVID A. O'BRIEN, AT0005870