## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
## EASTERN DIVISION

| | |
|---|---|
| **PATRICK JAMES, SR.,**<br><br>  **Plaintiff,**<br><br>**v.**<br><br>**THE CITY OF CEDAR RAPIDS, IOWA; GRANT RASMUSSEN, individually and as a Police Officer for the City of Cedar Rapids, Iowa; and BRUCE PAYNE, individually and as a Police Officer for the City of Cedar Rapids, Iowa;**<br><br>  **Defendants.** | **Case No. 1:15-cv-00062**<br><br><br>**PLAINTIFF'S SUPPELMENT TO MOTION IN LIMINE** |

COMES NOW the Plaintiff, Patrick James, Sr., through his counsel, to add a Supplement Request to his previously filed Motion in Limine, as follows:

6. Any reference to or testimony concerning the actual arrest of Patrick James, Jr., and any threats to sue if the arrest warrant is invalid; including any claim that video was shot of Patrick James, Jr.'s walk to the police cruiser; any video from the patrol cruiser; and any conduct of Patrick James, Jr. after he was placed into handcuffs. Any such evidence is irrelevant and/or prejudicial and should not be admitted into evidence at trial. See pages 1 and 2 of Plaintiff's Brief in Support of his initial Motion in Limine regarding Federal Rules of Evidence 401, 402, and 403 supporting this supplemental request.

**WHEREFORE,** Plaintiff prays that the court enter an order consistent with the foregoing Supplement to the Motion in Limine.

1

**Dave O'Brien Law**
1500 Center St. NE
Cedar Rapids, Iowa 52402
Phone: (319) 861-3001
Fax: (319) 861-3007
E-mail: dave@daveobrienlaw.com

By: _____/S/_____
DAVID A. O'BRIEN, AT0005870

*ATTORNEY FOR CLAIMANT*

**ORIGINAL FILED.**

**COPY TO:**

Elizabeth Jacobi
Cedar Rapids City Attorney's Office
101 First Street SE
Cedar Rapids, IA 52401
Phone: (319)286-5025
Fax: (319)286-5135
Attorney for Defendants

---

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on the 27th day of September, 2016, by:

☐ U.S. Mail          ☐ FAX
☐ Hand Delivered     ☐ Certified Mail
☐ FedEx/Airborne Express  ✓ ECF

Signature: ___/s/ David A. O'Brien_____

---

2